IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-50290
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JAMES ABRAHAM MATA;
ROBERTO TORRES, III,

                                        Defendants-Appellants.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-96-CR-533-1
- - - - - - - - - -
June 26, 1998

Before KING, HIGGINBOTHAM, and DAVIS, Circuit Judges.

PER CURIAM:[*]

Appellants Roberto Torres and James Mata appeal their convictions for conspiracy to possess with the intent to distribute marijuana and for carrying a firearm during and in relation to a drug-trafficking offense. Appellant Mata also appeals his convictions for being a felon in possession of a firearm and for possessing an unregistered firearm. The Appellants argue that the evidence was insufficient to support their convictions.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We have reviewed the record and the briefs of the parties and hold that the evidence was sufficient for a reasonable jury to find the Appellants guilty of the offenses beyond a reasonable doubt.  <u>United States v. Restrepo</u>, 994 F.2d 173, 182 (5th Cir. 1993).

AFFIRMED.